No. 435. FEDERAL TRADE COMMISSION *v.* NATIONAL CASUALTY Co. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted; and

No. 436. FEDERAL TRADE COMMISSION *v.* AMERICAN HOSPITAL & LIFE INSURANCE Co. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted. *Solicitor General Rankin, Earl W. Kintner, James E. Corkey* and *Alvin L. Berman* for the Federal Trade Commission. *John F. Langs* for respondent in No. 435. *J. D. Wheeler* for respondent in No. 436. Reported below: No. 435, 245 F. 2d 883; No. 436, 243 F. 2d 719.

No. 456. GRIMES *v.* RAYMOND CONCRETE PILE Co. ET AL. C. A. 1st Cir. Certiorari granted. *George J. Engelman* for petitioner. *Frank L. Kozol* for respondents.

No. 411. SIDEBOTHAM *v.* ROBISON, ADMINISTRATOR, ET AL. C. A. 9th Cir. Certiorari denied. *Manuel Ruiz, Jr.* for petitioner. *Delger Trowbridge* for respondents.

No. 413. DONOHUE ET AL. *v.* VILLAGE OF FOX POINT. Supreme Court of Wisconsin. Certiorari denied. *Sydney M. Eisenberg* for petitioners. *Maxwell H. Herriott* for respondent.

No. 418. JOHNSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Daniel H. Greenberg* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.